No. 43. THE CITIZENS' NATIONAL BANK ET AL., PLAINTIFFS IN ERROR, *v.* COMMONWEALTH OF KENTUCKY, USE, ETC., OF BOYLE COUNTY. In error to the Court of Appeals of the State of Kentucky. Argument for plaintiffs in error commenced November 6, 1905. The court declined to hear further argument November 7, 1905. Decided November 13, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Schlosser* v. *Hemphill,* 198 U. S. 173. *Mr. Robert T. Quisenberry* for plaintiffs in error. *Mr. John W. Yerkes* for defendant in error.

---

No. 115. THOMAS R. SHAW, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* NATIONAL GERMAN-AMERICAN BANK OF ST. PAUL, MINN. In error to the United States Circuit Court of Appeals for the Eighth Circuit. Submitted November 10, 1905. Decided November 13, 1905. *Per Curiam.* Judgment affirmed with costs. *California Bank* v. *Kennedy,* 167 U. S. 362; *Concord First Bank* v. *Hawkins,* 174 U. S. 364; *Scott* v. *Deweese,* 181 U. S. 202; *Matteson* v. *Dent,* 176 U. S. 521. Case remanded to the Circuit Court of the United States for the District of Minnesota. *Mr. Guy C. H. Corliss* for plaintiff in error. *Mr. J. W. Lusk* for defendant in error.